# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-600 DMG (FFM) | Date | March 26, 2015 |
|---|---|---|---|
| Title | JORGE L. ARAMBURO v. ST. MARY'S HOSPITAL, et al. | | |

Present: The Honorable: Frederick F. Mumm, United States Magistrate Judge

| James Munoz | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendants:

None Present    None Present

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE

On February 5, 2015, this Court entered an Order Dismissing Complaint with Leave to Amend. Plaintiff was granted thirty days leave to file an amended complaint.

Plaintiff's first amended complaint is more than two weeks overdue. Accordingly, the Court orders plaintiff to show cause in writing within 15 days of the date of this order, why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

:

Initials of Preparer    JM