UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE L. ARAMBURO, | ) | No. CV 15-600 DMG (FFM) |
| Plaintiff, | ) ) | ORDER TO SHOW CAUSE |
| v. | ) ) | |
| ST. MARY'S HOSPITAL, et al., | ) ) | |
| Defendants. | ) ) ) | |

On September 3, 2015, this Court provided plaintiff with an extension of time to file his first amended complaint on or before October 16, 2015. As of this date, plaintiff has not complied with this Court's order.

IT THEREFORE IS ORDERED that, on or before December 3. 2015, plaintiff shall either file a first amended complaint or show cause in writing, if any he has, why this case should not be dismissed for failure to prosecute. A failure to comply with this order will be interpreted as consent to the dismissal of the action.

DATED: November 3, 2015

                                          /S/ FREDERICK F. MUMM
                                          FREDERICK F. MUMM
                                      United States Magistrate Judge